Form B 250B (12/09)

# United States Bankruptcy Court
## Middle District Of North Carolina

In re  Arthur W. Reveal and Theresa B. Reveal,
                    Debtor

Arthur W. Reveal and Theresa B. Reveal,
    vs.        Plaintiff

Beneficial Mortgage Company of North Carolina,
                    Defendant

Case No. 07-81752

Chapter 13

Adv. Proc. No. 11-09034

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

| Address of Clerk: | Reid Wilcox, Clerk<br>U.S. Bankruptcy Court<br>PO Box 26100<br>Greensboro, NC 27402-6100 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney & Bankruptcy Administrator.

| Name and Address of Plaintiff's Attorney<br>Edward Charles Boltz<br>The Law Offices of Orcutt, Bledsoe & Bol<br>1738-D Hillandale Rd<br>Durham, NC 27705 | **Name and Address of Bankruptcy Administrator**<br>Michael West<br>Bankruptcy Administrator<br>PO Box 1828<br>Greensboro, NC 27402 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address:<br>United States Bankruptcy Court<br>Venable Center, Dibrell Building - Suite 280<br>302 East Pettigrew Street, Durham, NC 27701 | Room: Courtroom<br>Date and Time<br>June 21, 2011 at 11:00am |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Reid Wilcox
*Clerk of the Bankruptcy Court*

April 11, 2011        By:    Douglas Holbrook
Date                          Deputy Clerk

Case 11-09034    Doc 2    Filed 04/11/11    Page 1 of 1